ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ETHAN JOSEPH GRZYWACZ | ) | 4:22mj56-MAF |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___01/01/2022 through 02/07/2022___ in the county of ___Leon___ in the ___Northern___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(2),(b)(1) and 2252A(a)(5),(b)(2) | Attempted Receipt of Child Pornography and Attempted Possession of and Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Cwirka, Special Agent FBI
_____
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: ___03/02/2022___

_____
*Judge's signature*

City and state: ___Tallahassee, FL___     Martin A. Fitzpatrick, U.S. Magistrate Judge
_____
*Printed name and title*

RCVD USDC FLND TL
MAR 2 '22 PM2:30