IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| UNITED STATES OF AMERICA | Case No.: 4:22mj56-MAF |
|---|---|
| vs. | **FILED UNDER SEAL** |
| ETHAN JOSEPH GRZYWACZ | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Kevin J. Cwirka, being first duly sworn, hereby deposes and states as follows:

### I. INTRODUCTION

1. I am a "federal law enforcement officer" within the meaning of Federal Rules of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent (SA) with the FBI and have been assigned to the Jacksonville Division, Tallahassee Resident Agency since September 2016. Prior to the FBI, I was employed as a Police Officer with the Enfield Police Department in Connecticut from 2012 through 2016. I have a master's degree in Criminal Justice and am a graduate of the FBI Academy in Quantico, Virginia, where I was trained in the investigation of federal law. I am currently assigned to investigate a variety of federal violations, a portion of which includes crimes relating to the possession, distribution, and production of child pornography as well as other

child exploitation crimes. I have conducted searches pertaining to these types of investigations and have assisted other agents in numerous similar investigations.

2. I have participated in long term historical conspiracy investigations, as well as complex investigations targeting individuals and organizations involved in the solicitation, possession, production and sharing of child pornography and other child exploitation crimes. I have testified in federal judicial proceedings and been involved in the debriefing of defendants, witnesses and informants. Further, I have participated in numerous criminal investigations in which I have conducted or participated in physical surveillance, electronic surveillance, undercover transactions, and the execution of search warrants. I have also supported Title III investigations involving the use of electronic communication interceptions through monitoring, technical operations, surveillance, arrests and prosecution.

3. This Affidavit is based upon my personal knowledge, experience and training, and other information developed during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation or potential violations of other criminal offenses. I have set forth only those facts I believe are necessary to establish probable cause to show that the subject of this Criminal Complaint, **ETHAN JOSEPH GRZYWACZ ("GRZYWACZ")**, has committed violation(s) of Title 18, United

States Code, §§ 2252A(a)(2), (b)(1) and 2252A(a)(5), (b)(2) (Attempted Receipt of Child Pornography and Attempted possession of and Attempted Access with Intent to View Child Pornography) which makes it a federal felony offense to knowingly receive, knowingly possess, or knowingly access with intent to view any child pornography, or material that contains child pornography, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or to attempt to do so.

## PROBABLE CAUSE

4. On December 20, 2021, SERGIO ROMERO (ROMERO), a college student who attended Florida State University in Tallahassee, Florida, was arrested in the Southern District of Florida for federal child exploitation and child pornography crimes. During that investigation, Romero gave consent to federal investigators to assume his online social media identities.

5. On January 1, 2022, an Online Covert Employee (OCE) who is employed by the FBI began chatting using ROMERO's Telegram[1] account with Telegram User "GingerPrides" who had the display name "Ethan G" (who was later identified as ETHAN JOSEPH GRZYWACZ, date of birth 9/4/2003), who is

---

[1] A social media platform that, among other things, allows its users to send messages to each other.

another college student who currently attends Florida State University in Tallahassee, Florida).

6. Historical Telegram chats between ROMERO and GRZYWACZ were identified which began on September 12, 2021. During those communications, the two discussed watching Child Sexual Abuse Material (CSAM). During a conversation on September 12, 2021, GRZYWACZ took a video of himself sitting naked on a couch in a large unoccupied common area. GRZYWACZ'S face is clearly visible in the video and appears to match his driver's license photo on file in the Florida Driver and Vehicle Information Database (DAVID). ROMERO responded to the video and asked if GRZYWACZ was in the Bryan Hall third floor common area, to which GRZYWACZ answered yes. I am aware that Bryan Hall is a residence hall (dormitory) on the campus of Florida State University in Tallahassee, Florida. In further conversations via Telegram, GRZYWACZ described his interests to ROMERO as outlined by some of the messages below:

    **a. Message sent by GRZYWACZ on 10/6/2021:**

        "Your not a huga fan of toilet play but id love to use my children as a toilet and have them clean there own diapers"

    **b. Message sent by GRZYWACZ on 12/12/2021:**

        "I mean i dont want heavy scat mainly like toilet paper lick up after, threaten to shove face into it. My main one involves my fav

fantasy rn which is to serve my own son. I'm dad he is daddy, forced me to do whstever he wants serve him every way. Urinal, sex toy, dog, toilet even, like i wouldnt ever have him potty trained snd if he wanted to fuck my face into a dirty diaper i wouldnt mind but i rlly wanna be fucked by a kid tbh"

   c. **Message sent by GRZYWACZ on 12/12/2021:**

   "I just want to be used by a kid in every way"

7. GRZYWACZ also explained his fear in searching for videos and his interests, including more details about his desires:

   a. **Message sent by GRZYWACZ on 12/12/2021:**

   "Nah cp,[2] like vids i go look for ppl who are willing to share. But i get scared its a bait and the person is actually a fed or something"

   b. **Messages sent by GRZYWACZ on 12/13/2021:**

   "Smooth hairless small cocks undropped balls"

   "Magnificent specimens"

   c. **Messages sent by GRZYWACZ on 12/13/2021 in sequence:**

   "I wanna go on an rv trip"

   "Me you"

---

[2] Through my training and experience, I know that "cp" is often used as an abbreviation for "child pornography" and "child porn," also known as CSAM.

"and a kid"

"While one of us is driving"

"Yhe other is well..."

8. Throughout the course of these Telegram chats prior to ROMERO'S arrest, ROMERO sent GRZYWACZ approximately 15 videos of CSAM, many of which depicted babies. For example, on December 13, 2021, ROMERO sent GRZYWACZ several videos, including multiple videos depicting an adult male forcing his penis into a baby's mouth. In reply to the videos, GRZYWACZ sent multiple videos of himself masturbating.

9. On January 1, 2022, the OCE began messaging with GRZYWACZ using Telegram. On February 3, 2022, GRZYWACZ sent the OCE the following message:

"I got a question, do you think a baby could take a whole dildo? Like say i was changing one and wanted to keep him loose could I shove an entire one inside him?"

10. On February 7, 2022, after the OCE told GRZYWACZ via Telegram that he had purchased CSAM, GRZYWACZ inquired about purchasing the videos from the OCE (who he thought was ROMERO). The following conversation took place:

| Sent by GRZYWACZ | Sent by OCE |
|---|---|
| How much for all of them? | |
| | I bet if I sell them for $5 or $10 I'll make it up in no time!! |
| 5 or 10 per shii I was about to buy them all but thats a bit too steep for me | |
| | I mean $5 or $10 for all |
| Oh shit | |
| Ill give 15 | |
| | Seriously?? |
| Mhmm, will you take venmo? | |
| Or cashapp? | |
| | Of course. Venmo is good |
| | But are you sure? |
| | I know you've been trying to stop |
| And everytime i come back and get frustrated i have none | |
| I just have fantasies | |
| | I know what you mean babe |
| | I just don't want to be an enabler lol |
| Dont want me to make me a pedo? | |
| A pervy fucked up pedo | |
| | Yea I don't want to be the reason [laughing face emoji] |
| Awww here i wanted to be corrupted | |
| If all else fails I can delete it or something if I really want to stop | |
| | Lol ok ok |

11. During the Telegram communication described above, GRZYWACZ was located in Tallahassee, Florida. I know this because on February 17, 2022, Florida State University Police Department provided me with Splunk logs. Splunk is a centralized logs analysis tool for machine generated data and has the capability of logging activity each time students access the Florida State University's Internet network. Florida State University uses Splunk to track the activity of its students and faculty on its network. Based on the Splunk logs provided, GRZYWACZ accessed the Florida State University Internet network using his assigned email address, ejg21e@my.fsu.edu, on February 7, 2022. Additionally, separate Florida State University Internet access logs provided by Florida State University Police Department revealed on February 7, 2022, username "ejg21e" accessed the Florida State University Internet network from various locations on the Florida State University campus from multiple devices.

12. Immediately following the Telegram conversation noted above, GRZYWACZ sent $15 via Venmo to ROMERO'S account, which was confirmed by the OCE who was operating ROMERO'S Venmo account. The OCE provided the following screenshot of the Venmo transaction:



13. That same day, the OCE sent GRZYWACZ a Mega.NZ[3] link, https://mega.nz/folder/w4QiQJJA#Pxp-mJxViB7zxqOLcFoeSA, which indicated that it was a 1.13 GB folder containing 31 files. The files sent to GRZYWACZ are

---

[3] Mega.NZ is a cloud storage and file hosting service offered by MEGA Limited, a company based in Auckland, New Zealand. Users of Mega.NZ can share access to files stored on the platform with others using web links (or URLS). I know that many child pornography collectors and offenders use Mega.NZ to obtain, view, and share child pornography (also known as child sex abuse material, or "CSAM").

considered "corrupt files", which are files that appear to the user to be files related to child pornography. However, when the recipient attempts to open the files, they are corrupt and no media, photographs, or files are actually accessible. After GRZYWACZ received the MEGA file, he responded with:

    a. "How do I play them?"

    b. "None of the videos play even after downloading the whole folder"

    c. "Just the black screen with the name"

    d. "All 31 of them, there is no play option just a black screen with the name"

    e. "I reclicked the link you sent me and said file type not supported and that id have to get another app to play them"

    f. "I got another app and now I can see how long vids are but they still wont play"

14. On February 22, 2022, PayPal, which owns and founded Venmo, provided records in response to a federal grand jury subpoena. These records revealed the following information specific to the Venmo account associated with username **Ethan-Grzywacz**:

    a. Account Number: 84486965

    b. Profile ID: 84486965

    c. First Name: Ethan

d. Last Name: Grzywacz

e. User Name: Ethan-Grzywacz

f. Mobile Phone: 19185681080

g. Email: grzywaczethan73@gmail.com

15. The PayPal records also corroborated the information provided by the OCE, as shown in the picture above. The PayPal records reveal that on February 7, 2022, at approximately 3:42 PM Pacific Standard Time (which is 6:42 PM Eastern Standard Time), **Ethan-Grzywacz**, sent $15 USD to Sergio Romero, email address: deezpretzels@gmail.com, along with a transaction note which read: "Yes."

16. The profile photo for GRZYWACZ'S Venmo account appears to match his DAVID photo as well as the video that he recorded of himself in Bryan Hall (described above). Thus, I believe that GRZYWACZ was the user of the Telegram account with the username "GingerPrides" used to attempt to access files containing child pornography on February 7, 2022 from Tallahassee, FL. I also believe that GRZYWACZ is the user of the Venmo account with the username **Ethan-Grzywacz** that was used to pay $15 for those files.

## CONCLUSION

17. WHEREFORE, for the reasons set forth above, I respectfully submit that that there is probable cause to believe that on or between January 1, 2022, and February 7, 2022, ETHAN JOSEPH GRZYWACZ did commit the offenses of

Attempt to Receive Child Pornography, in violation of Title 18, United States Code, § 2252A(a)(2),(b)(1), and Attempt to Possess and Access with Intent to View Child Pornography, in violation of Title 18, United States Code, § 2252A(a)(4),(b)(2).

                                            Respectfully submitted,

                                            Kevin J. Cwirka
                                            Special Agent
                                            Federal Bureau of Investigation

Subscribed and sworn to before me on this \_\_2\_\_ day of March, 2022.

MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE