# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**
vs.                                               **CASE NO. 4:22MJ56**

**ETHAN JOSEPH GRZYWACZ,**
_____/

## MOTION TO WITHDRAW

The undersigned, an appointed Assistant Federal Public Defender, moves this Court to allow him to withdraw from the representation of the defendant, ETHAN JOSEPH GRZYWACZ. Mr. Grzywacz has retained private counsel who has filed a notice of appearance.

**WHEREFORE**, undersigned counsel requests this Court to enter an order relieving the Office of the Federal Public Defender from any further responsibility in the above-styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically uploaded to the CM/ECF system and thereby furnished to Justin Keen, Assistant United States Attorney on this 11th day of March 2022.

Respectfully submitted,

*s/Joseph F. DeBelder*
JOSEPH F. DEBELDER
Fla. Bar. Number
Assistant Federal Public Defender
227 N. Bronough Street, Suite 400
Tallahassee, FL 32301
(850) 942-8818