# United States District Court
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.: <u>4:22cr13-MW</u>                                                                                          Date: <u>March 18, 2022</u>

Docket Entry:  Arraignment on Indictment

- N/G Plea Entered
- Trial scheduled for May 23, 2022, at 8:15 a.m. before Chief Judge Walker

PRESENT:  **Charles A. Stampelos, United States Magistrate Judge**

| <u>Cindy Markley</u> | <u>Gabrielle McCoy</u> | <u>DCR TLH</u> | <u>Justin Keen</u> |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. U.S. Attorney |

U.S.A. vs. <u>ETHAN JOSEPH GRZYWACZ</u>                    Attorney: <u>Timothy Jansen</u>
☒ present   ☐ custody   ☒ O/R                         ☒ present   ☐ apptd.   ☒ retained

PROCEEDINGS:

☒        Defendant is ARRAIGNED and specifically advised of his rights
☒        Defendant waives reading of Indictment-Information
☐        Indictment-Information read
☒        Defendant PLEADS:     ☐ Guilty Count(s)
                                              ☒ Not Guilty as charged on Indictment
☒        Trial set for:   <u>May 23, 2022, at 8:15 a.m. before Chief Judge Walker</u>