IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.  4:22CR-13-MW-MAF

ETHAN GRZYWACZ
_____/

### RESPONSE TO GOVERNMENT'S MOTION IN LIMINE

COMES NOW, the Defendant, ETHAN GRZYWACZ, by and through his undersigned counsel, R. TIMOTHY JANSEN hereby files this Response and states that the Defense does not oppose the Government's Motion in Limine.

Respectfully submitted,

Dated: July 18, 2022

*/s/ R. Timothy Jansen*
R. TIMOTHY JANSEN
FL BAR NO.: 0691208
JANSEN & DAVIS, P.A.
125 N Franklin Blvd
Tallahassee, FL 32301
Telephone No.: (850) 224-1440
Fax No.: (850) 224-0381
jansen@jansenanddavis.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as listed below.

/s/ R. Timothy Jansen
R. TIMOTHY JANSEN

# SERVICE LIST

**Justin Keen, Esq.**
Assistant U.S. Attorney
Office of the U.S. Attorney
111 N Adams St, 4th Floor
Tallahassee, FL 32301
Justin.Keen@usdoj.gov