IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:22cr13/MW

ETHAN JOSEPH GRZYWACZ
_____/

## GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by and through the United States Attorney for the Northern District of Florida, respectfully moves this Court pursuant to Federal Rules of Criminal Procedure, Rule 32.2(b) for the issuance of a Preliminary Order of Forfeiture in the above-styled criminal matter against the following property:

a. **iPad Pro 12.9-inch (s/n DMPCMMH0PV03),**
b. **iPhone cell phone (s/n WH5XQVWM4K), and**
c. **Barracuda desktop computer (s/n Z4ZAWX8V)**

**all of which were seized during the search warrant executed at the Defendant's residence on March 3, 2022.**

1.  On March 15, 2022, a Federal Grand Jury sitting in the Northern District of Florida issued a two-count Indictment against the defendant, charging him in Count One with receipt and attempted of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1); and in Count Two with attempted possession of child pornography, in violation of Title 18, United

States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2). (ECF Docs. 1 & 20)

2. The Indictment included a Criminal Forfeiture provision pursuant to Title 18, United States Code, Section 2253, that put the defendant on notice that the United States would seek to forfeit property involved in the offenses alleged in Counts One and Two. (*Id.*)

3. On August 5, 2022, the defendant pled guilty to Count One of the Indictment and the government agreed to move to dismiss Count Two at sentencing. As part of his guilty plea, the defendant agreed that his sentence included the forfeiture of all forfeitable assets, and he specifically agreed to the forfeiture of the above-described property. (ECF Doc. 45 at pg. 2)

4. For the reasons stated above, the United States requests that the Court forfeit to the United States the above-described property and further requests that, the order of forfeiture become final as to the defendant at sentencing.

5. Upon issuance of a Preliminary Order of Forfeiture, the United States will publish notice of this Order on the Government's official Internet website, www.forfeiture.gov, and will send direct notice to any person, other than the defendant, having or claiming a legal interest in the property, advising such person of his or her right to file a petition contesting the forfeiture in accordance with Title 21, United States Code, Section 853(n) and Rule 32.2(c). This notice will state that

the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. In accordance with the Title 18, United States Code, Section 2253, and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States requests that it be permitted to seize the specific property subject to forfeiture whether held by the defendant or a third party, and to undertake whatever discovery is necessary to identify, locate or dispose of the property subject to forfeiture, or substitute assets for such property.

7. As required by Federal Rule of Criminal Procedure 32.2(b)(4), the United States requests that the Court include the forfeiture when orally pronouncing the sentence and in the judgment. See Fed. R. Crim. P. 32.2(b)(4)(B) and *United States v. Kennedy*, 201 F.3d 1324, 1326 (11th Cir. 2000).

8. The United States further requests that the Court retain jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

9. A proposed Preliminary Order of Forfeiture will be submitted for the

Court's consideration.

WHEREFORE, the United States respectfully requests entry of a Preliminary Order of Forfeiture for the above-described property.

Dated this 1st day of November, 2022.

    Respectfully submitted,

    JASON R. COODY
    United States Attorney

    */s/ Justin M. Keen*
    JUSTIN M. KEEN
    Assistant United States Attorney
    Florida Bar No. 021034
    111 North Adams Street, Suite 400
    Tallahassee, FL 32301
    (850) 942-8430
    Justin.Keen@usdoj.gov