# United States District Court

CRIMINAL MINUTES - SENTENCING

Case No.  4:22cr13-MW            Time Commenced: 10:00 a.m.
Date  November 4, 2022            Time Concluded:  12:11 p.m.

PROCEEDINGS: Sentencing Hearing Held.  Defendant sworn.  Defendant sentenced to 60 months BOP.  10 years of supervised release.  SMA $100.  No Fine.  No JVTA.  AVAA $100.  No restitution.

PRESENT:     HONORABLE CHIEF JUDGE **MARK E. WALKER** Presiding

Deputy Clerk:  Victoria Milton McGee        Probation:  Danielle Wright

Court Reporter:  Megan Hague            Asst U.S. Attorney:  Justin Keen

| U.S.A v | ATTORNEYS FOR DEFENDANT |
|---|---|
| (1)  ETHAN JOSEPH GRZYWACZ | R. Timothy Jansen |
| ☒ present   ☐ custody   ☒ on release | ☒ present   ☐ appointed   ☒ retained |

☒  DFT has read the PSR report and has discussed it with attorney.

☒  Objections were made to the PSR.

☐  Notice of Enhancement filed     ☐  Court Question defendant about prior conviction

☒  DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1; SENTENCE IMPOSED:

☒  REMANDED to custody of Bureau of Prisons:
   on count(s)   1   imprisonment for a term of  60  months
   ___ imprisonment for a term of __ months
   with sentences to run ☐ concurrently or ☐ consecutively

☒  S/R or PROBATION:
☒  Supervised Release upon completion of term of imprisonment for a period of   10 years.
      ☐ Probation for a period of ____ years.
      ☐ Home Detention of _____ months with Electronic Monitoring

☒  FINE PAYMENT: ☒ Fine waived;  ☐ Fine of $____;  ☒ SMA OF $ 100.00 due immediately

☒  FORFEITURE:  ☐ No forfeiture order   ☒ DFT. to forfeit assets identified in the order

☒  CUSTODY STATUS:
   ☒  DFT committed to the custody of the U.S. Department of Justice.
   ☐  DFT to designated institution at his/her own expense no later than __ on _.

- ☒ ADDITIONAL RECOMMENDATION:
  - ☐ Substance Abuse Treatment while in the custody of BOP
  - ☒ Designation near <u>facility with Sexual Offender Management & Treatment Programs in Marianna, Florida or Elkin Ohio; a facility with vocational training for electricians</u>

- ☒ SPECIAL CONDITIONS OR MODIFICATIONS:
- ☐ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status
- ☒ DFT shall not own or possess a firearm, dangerous weapon or destructive device.
- ☐ DFT shall submit to: ☐ testing for the use of drugs or alcohol;
  - ☐ Substance abuse treatment as may be directed by US Probation Officer.
  - ☒ Mental Health treatment if deemed necessary by the Probation Officer.
- ☐ DFT shall provide requested financial information to the U.S. Probation Officer.
- ☒ DFT shall make any unpaid restitution on a payment schedule to be determined by US Probation.
- ☒ DFT shall notify the probation officer ten days prior to any change of residence or employment.
- ☐ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

- ☒ ADDITIONAL TERMS:  As ordered in the judgment

- ☒ Remaining count(s) <u>2</u> is dismissed on government motion.

- ☒ Court informs Dft of right to appeal.
  - ☐ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

PROCEEDINGS:

| Time | Event |
|---|---|
| 10:00 | Court in session<br>Defendant sworn |
| 10:01 | Court reviews objections to PSR |
| 10:03 | Court reviews the record |
| 10:06 | Court hears argument regarding objections to PSR |
| 10:07 | Ruling by Court:  Defense objection regarding enhancement is overruled |
| 10:09 | Court reviews sentencing guidelines |
| 10:15 | Defense witness:  Dr. Larry Kubiak, sworn – direct (Jansen) |
| 10:26 | Court questions witness |
| 10:27 | Direct examination continues (Jansen) |
| 10:30 | Cross examination (Keen) |
| 10:36 | Court addresses defense |
| 10:37 | Court questions witness |
| 10:38 | Statement by Defense (Jansen) |
| 10:57 | Statement by Defendant (Grzywacz) |
| 11:26 | Statement by the Government (Keen) |
| 11:46 | Statement by Defense (Jansen) |
| 11:47 | Court states sentence that will be imposed with reasoning |
| 11:55 | Ruling by Court:  Defendant sentenced to 60 months BOP.  10 years of supervised release.  SMA $100.  No Fine.  No JVTA.  AVAA $100.  No restitution.  Witness testimony sealed. |
| 12:11 | Court adjourned |

Initials of Deputy Clerk: <u>VMM</u>